## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY and JENNIFER STINSON** ) | |
| individually and on behalf of all ) | |
| similarly situated individuals, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NUMBER: 1:11-CV-00475** |
| ) | |
| **BANK OF AMERICA, NATIONAL** ) | |
| **ASSOCIATION as successor by merger** ) | |
| **To LASALLE BANK NATIONAL** ) | |
| **ASSOCIAITON as Trustee for** ) | |
| **CERTIFICATION HOLDERS of** ) | |
| **BEAR STERNS ASSET BACKED** ) | |
| **CERTIFICATES, SERIES 2005-HE8** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEARANCE

Comes now, Earl P. Underwood, Jr. and files his appearance as additional counsel on behalf of Plaintiffs in the above-styled case.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Underwood & Riemer, PC
Attorney for Plaintiffs
21 South Section Street
Fairhope, AL  36532
(251) 990-5558 voice
(251) 990-0626 fax
epudnerwood@alalaw.co

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Riemer
Underwood & Riemer, PC
166 Government Street, Ste 100
Mobile, AL 36633

                  /s/ Earl P. Underwood, Jr.
                  Earl P. Underwood, Jr.