AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-475 STINSON

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bank of America, National Association

was received by me on *(date)* 11/08/2011 .

☑ I personally served the summons on the individual at *(place)* 7105 Corporate Drive, PTX 209 Plano, TX 75024   on *(date)* 10/21/2011  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/08/2011

*Sherita S. Todd*
*Server's signature*

Sherita S. Todd, Legal Assistant
*Printed name and title*

21 South Section Street
Fairhope, AL 365632
*Server's address*

Additional information regarding attempted service, etc:

