**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JEFFERY & JENNIFER STINSON,**    ) | |
|        ) | |
|     **Plaintiffs,**    ) | |
|        ) | |
| **v.**    ) | **CIVIL ACTION 11-0475-WS-C** |
|        ) | |
| **BANK OF AMERICA, NATIONAL**    ) | |
| **ASSOCIATION,** *et al.,*    ) | |
|        ) | |
|     **Defendants.**    ) | |

**ORDER**

This matter comes before the Court on the Joint Stipulation of Dismissal (doc. 24) signed by all parties by and through their respective counsel.  (By its terms, the Stipulation is also intended to encompass a successor trustee, U.S. Bank, N.A., which is not named as a defendant in the Complaint or any amendment thereto.)  The Stipulation reflects that the parties mutually consent to the dismissal with prejudice of this action and all claims asserted herein.  Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss his or her action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed.  Accordingly, it is **ordered** that this action is **dismissed with prejudice** in its entirety, each party to bear his, her or its own costs.

DONE and ORDERED this 20th day of August, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE